## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DEANNA DIXON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIV-15-196-R** |
| | ) | |
| BOARD OF COUNTY | ) | |
| COMMISSIONERS OF THE COUNTY | ) | |
| OF OKLAHOMA; OKLAHOMA | ) | |
| COUNTY JUVENILE BUREAU; | ) | |
| JAMES SAFFLE, in both his Official | ) | |
| And Individual Capacity; J'Me Overstreet, | ) | |
| in both her Individual and Official Capacity, | ) | |
| DANIEL HANSEN, in both his Individual | ) | |
| and Official Capacity; KARLY MEADOWS, | ) | |
| in both her Individual and Official capacity, | ) | |
| and VICKI CARGILL, in both her | ) | |
| Individual and Official Capacity, | ) | |
| | ) | |
| **Defendants.** | ) | |

## **ORDER**

Before the Court is the motion to dismiss Plaintiff's Second Amended Complaint filed by Defendants James Saffle, J'Me Overstreet, Daniel Hansen, Karley Meadows and Vicki Cargill in their official capacities.  Initially, Defendants assert that the claims against them in their official capacities are unnecessary, redundant and improper as a matter of law inasmuch as the County is a Defendant herein.  This is true, Defendant asserts both as to Plaintiff's federal law claims and her state law claims.  Additionally, Defendants assert that the Oklahoma County Juvenile Board, also named as a Defendant herein, lacks the capacity to be sued because it is merely a division of the County and not a separate legal entity apart from the County.  Plaintiff concedes all of these arguments.

Thus, Defendant's motion in these regards is granted and the Oklahoma County Juvenile Board and Defendants Saffle, Overstreet, Hansen, Meadows and Cargill in their official capacities are dismissed. The other arguments made by Defendants will be addressed in the Court's Order on the motion to dismiss of Defendants in their individual capacities.[1]

In accordance with the foregoing, the motion of Defendants Saffle, Overstreet, Hansen, Meadows and Cargill in their official capacities to dismiss the claims against them and against Defendant Oklahoma County Juvenile Board is GRANTED and those Defendants are DISMISSED.

IT IS SO ORDERED this 4th day of February, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] If the Defendant Board of County Commissioners contends that Plaintiff did not comply with the notice requirements of Oklahoma's Governmental Tort Claims Act, Defendant can file its own motion raising that argument.